IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT McCARTNEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CAUSE NO. 07-CV-138-WDS** |
| ) | |
| **VILLAGE OF CASEYVILLE and** ) | |
| **JEFFREY WILKINSON,** ) | |
| ) | |
| **Defendants.** ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is plaintiff's motion to abstain (Doc. 22), to which defendant has filed a response stating that they do not object to the motion (Doc. 24). The plaintiff asks this court to abstain from exercising its jurisdiction in this matter, pursuant to the Younger Doctrine, until advised that the pending criminal charges against the plaintiff arising out of this incident are resolved in St. Clair County.

Upon review of the record, the Court **GRANTS** plaintiff's motion and the Court **STAYS** this action pending resolution of the underlying state court matter. All pending motions are **DENIED** at this time. The parties may seek leave to re-file their motions after the resolution of the state court matter if appropriate.

IT IS SO ORDERED.

DATED:  August 22, 2007.

s/ WILLIAM D. STIEHL
DISTRICT JUDGE