# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL McCARTNEY          ) | |
|                         ) | |
|   Plaintiff,  ) | |
|                         ) | |
| v.                      ) | No.  07-138-WDS-PMF |
|                         ) | |
| THE VILLAGE OF CASEYVILLE,         ) | |
| ILLINOIS, and SCOTT WILKINSON,     ) | |
|                         ) | |
|   Defendants. ) | |

## ORDER

**BEFORE THE COURT** are Motions for Voluntary Dismissal and Stipulations filed by the plaintiff, Robert Paul McCartney, seeking voluntary dismissal of plaintiff's claim against the Village of Caseyville, Illinois and Officer Jeffrey Wilkinson, and Officer Wilkinson's corresponding Motion seeking to voluntarily dismiss his counter-claim against the plaintiff.

In view of the parties' mutual consent and Stipulations to Voluntary Dismiss with prejudice, the Motions filed by plaintiff and Officer Wilkinson are **GRANTED.**

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Voluntary Dismissal (Doc. 27) and Officer Wilkinson's Motion for Voluntary Dismissal (Doc. 29) are **ALLOWED.** Plaintiff's claim and Officer Wilkinson's counter claim are hereby dismissed with prejudice. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: September 8, 2008

                                                s/*WILLIAM D. STIEHL*
                                                      JUDGE